AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| TROY ALAN LYNDON | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 13-00367 SOM-BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| | October 2, 2013 |
| SECURITIES AND EXCHANGE COMMISSION; PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD; THE DEPOSITORY TRUST & CLEARING CORPORATION; FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. | At 1 o'clock and 20 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed pursuant to the "Order Dismissing Complaint and Denying Plaintiff's Application to Proceed Without Prepaying Fees or Costs as Moot" filed on August 7, 2013 and the Minute Order entered on August 28, 2013.

| October 2, 2013 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |